047410/19344/TPD/JAK

U.S. DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS, EAST ST. LOUIS DIVISION

| | |
|---|---|
| YOLANDA JACKSON, as Administrator of the Estate of KEVIN CURTIS, #Y22898,<br><br>Plaintiff,<br><br>v.<br><br>WEXFORD HEALTH SOURCES, INC., EVA LEVEN, MOHAMMED SIDDIQUI, GAIL WALLS, NICKOLAS MITCHELL, CHARLES FRERKING, JEREMY FRERICH, and ANDREW BENNETT,<br><br>Defendants. | Case Number 3:20-cv-00900-DWD |

## MOTION FOR HIPAA QUALIFIED PROTECTIVE ORDER

COME NOW Defendants WEXFORD HEALTH SOURCES, INC., DR. EVA LEVEN, AND DR. MOHAMMED SIDDIQUI, by and through their attorneys, CASSIDAY SCHADE LLP, and pursuant to 42 U.S.C. § 1320 and 45 C.F.R. Parts 160 and 164 (HIPAA), move this Court for entry of a Qualified Protective Order. In support thereof, Defendants state as follows:

1. Plaintiff has filed this cause of action in which the medical condition and treatment of Plaintiff, KEVIN CURTIS, #Y22898, is at issue.

2. Pursuant to 45 C.F.R. 164.512 of the Health Insurance Portability and Accountability Act (HIPAA), a HIPAA Qualified Protective Order is necessary to allow the parties to this litigation to obtain and use protected health information pursuant to HIPAA for the purpose of this litigation while preventing unauthorized disclosure of said protected health information.

3.  The attached HIPAA Qualified Protective Order should be entered to protect the protected health information from unauthorized disclosure while still permitting its use solely for purposes of this litigation.

WHEREFORE, Defendants WEXFORD HEALTH SOURCES, INC., DR. EVA LEVEN, AND DR. MOHAMMED SIDDIQUI, pursuant to 42 U.S.C. § 1320 and 45 CFR Parts 160 and 164 (HIPAA), respectfully request this Court enter a Qualified Protective Order and for any other relief as deemed just.

> Respectfully submitted,
>
> CASSIDAY SCHADE LLP
>
> By: /s/ Jaclyn A. Kinkade
> One of the Attorneys for Defendants
> WEXFORD HEALTH SOURCES, INC., DR.
> EVA LEVEN, AND DR. MOHAMMED
> SIDDIQUI

Jaclyn A. Kinkade
ARDC No. 6333722
CASSIDAY SCHADE LLP
100 North Broadway, Suite 1580
St. Louis, MO 63102
(314) 241-1377
(314) 241-1320 (Fax)
jkinkade@cassiday.com

# **CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2020, I electronically filed the foregoing Motion for HIPAA Qualified Protective Order with the Clerk of the Court using the CM/ECF system. The

Sarah Copeland Grady, Esq.
Loevy & Loevy
311 N. Aberdeen Street, Third Floor
Chicago, IL 60607
sarah@loevy.com

Tara Marie Barnett
Office of the Attorney General - Belleville
201 West Point Drive Suite 7
Belleville, IL 62226
Tbarnett@atg.State.Il.Us

/s/ Jaclyn A. Kinkade

9628289 JKINKADE;MJANINI