**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| YOLANDA JACKSON, as Administrator of the Estate of Kevin Curtis, | ) ) ) | |
| | ) | Case No. 20-CV-0900-DWD |
| Plaintiff, | ) | |
| | ) | |
| | ) | Honorable David W. Dugan |
| v. | ) | |
| | ) | |
| NICKOLAS MITCHELL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**NON-PARTY ILLINOIS DEPARTMENT OF CORRECTIONS
*UNOPPOSED* MOTION TO STAY BRIEFING ON
PLAINTIFF'S MOTION FOR SANCTIONS, DKT. 391,
TO COMPLETE SETTLEMENT AND RESOLUTION OF THIS MATTER**

Non-party Respondent Illinois Department of Corrections ("IDOC"), by and through its attorney, Kwame Raoul, Attorney General of Illinois, for its Motion to Stay Briefing on Plaintiff's Motion for Sanctions, Dkt. 391, and all other deadlines in this matter states as follows:

1)      The Illinois Department of Corrections and Plaintiff have come to an agreement in principle to resolve the claims against Gail Walls, Charlie Frerking, Jeremy Frerich, Andrew Bennett and Nickolas Mitchell.

2)      As such, the Parties ask that this matter be stayed.

3)      However, should the Court desire, the Parties suggest that the in-person motion hearing set for March 11, 2026, be converted to a telephonic hearing to further discuss the status of drafting settlement documents, executing settlement documents, and ultimately dismissal of the Claims against the individuals listed

above. Alternatively, the Parties propose a status report be filed by Monday, March 30, 2026.

    4)    IDOC counsel has discussed with Counsel for Plaintiff, and Counsel for Co-Defendants who do not oppose this motion.

    WHEREFORE, IDOC respectfully requests this Court Stay Briefing on Plaintiff's Motion for Sanctions, Dkt. 391 and all other deadlines.

Dated: February 27, 2026,        Respectfully submitted,

KWAME RAOUL
Attorney General of Illinois        By: */s/Dimitrios Karabetsos*
        DIMITRIOS KARABETSOS
        DYLAN J. BARNICK
        Assistant Attorneys General
        General Law Bureau
        115 S. LaSalle St.,
        Chicago, Illinois 60603
        (312) 814-3846
        (217) 720-8688
        dimitrios.karabetsos@ilag.gov
        dylan.barnick@ilag.gov