**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

YOLANDA JACKSON, as Administrator   )
of the Estate of KEVIN CURTIS,         )
                                     )
     Plaintiff,                )
                                     )
        v.              )      Case No. 20-cv-0900-DWD
                                     )
NICKOLAS MITCHELL, et al.,       )
                                   )
     Defendants.           )      Hon. David W. Dugan

**PLAINTIFF'S AND IDOC'S MOTION TO POSTPONE
ENTRY OF JUDGMENT BY 60 DAYS**

Plaintiff Yolanda Jackson, as Administrator of the Estate of Kevin Curtis, by her undersigned attorneys, and the IDOC, through its undersigned attorney, jointly move to extend the Court's May 11, 2026, 120-Day Order as follows:

1.      On March 11, 2026, the Court entered a 120-Day Order, noting that the parties had settled the matter and stating that unless a motion to postpone the entry of judgment is filed by 7/9/26, a judgment of dismissal with prejudice would be entered thereafter. (Dkt. 400.)

2.      Counsel for Plaintiff and the IDOC have negotiated proposed language for the settlement agreement and are working to obtain final approval and signatures from their clients.

3.      Plaintiff and the IDOC therefore jointly request an additional 60 days to complete the settlement process. Once complete, the parties will jointly move to dismiss.

WHEREFORE, the parties respectfully request that the Court postpone entry of judgment by an additional 60 days.

2

Dated: July 8, 2026

Respectfully submitted,

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff

Sarah Grady
Howard Kaplan
KAPLAN & GRADY LLC
2071 N. Southport Ave., Suite 205
Chicago, IL 60614
(312) 852-2184
sarah@kaplangrady.com

/s/ James Robinson (with consent)
James Robinson
Attorney for IDOC

James Robinson
Assistant Attorney General
100 W. Randolph St., 13th Fl.
Chicago, IL 60601
(773) 758-4600
james.robinson@ilag.gov

**CERTIFICATE OF SERVICE**

I, Sarah Grady, an attorney, hereby certify on July 8, 2026, I caused the foregoing to be filed using the Court's CM/ECF, which effected service on all counsel of record.

/s/ Sarah Grady
Sarah Grady
Attorney for Plaintiff